MOORE, Circuit Judge with whom RADER, Chief Judge, joins, dissents from the denial of the petition for rehearing en banc.
O’MALLEY, Circuit Judge, dissents from the denial of the petition for rehearing en banc.
*1370 ON PETITION FOR REHEARING EN BANC
PER CURIAM.
ORDER
A petition for rehearing en banc was filed by Plaintiffs-Appellees, and a response thereto was invited by the court and filed by Defendanb-Appellant. The petition for rehearing was referred to the panel that heard the appeal, and thereafter the petition for rehearing en banc and the response were referred to the circuit judges who are authorized to request a poll of whether to rehear the appeal en banc. A poll was requested, taken, and failed.
Upon consideration thereof,
It Is ORDERED That:
(1) The petition of Plaintiffs-Appellees for panel rehearing is denied.
(2) The petition of Plaintiffs-Appellees for rehearing en banc is denied.
(3) The mandate of the court will issue on November 7, 2011.